No. 421. TREFINA, A. G. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 462. BARR RUBBER PRODUCTS CO. v. SUN RUBBER Co. C. A. 2d Cir. Certiorari denied.

No. 483. ALMSTEAD v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 485. HAWTHORNE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 492. GALLAGHER ET UX. v. WILBOUR ET AL. Sup. Ct. Wash. Certiorari denied.

No. 494. KASTENBAUM v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 499. GRINNELL CORP. ET AL. v. RUSS TOGS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 501. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 503. HUDSON OIL COMPANY OF MOBILE, INC. v. McLEOD ET AL. C. A. 5th Cir. Certiorari denied.

No. 506. DALY v. DALY. Sup. Ct. App. Va. Certiorari denied.

No. 510. MULLER ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 511. ALFRED M. LEWIS, INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.